UNITED STATES COURT OF APPEALS

Filed 8/14/96

FOR THE TENTH CIRCUIT

KRIS K. AGRAWAL,

  Plaintiff-Appellant,

v.

LAWRENCE R. EDMISON; PORTER
BASWELL; RANDY MINYEN;
MARK A. CARL; LEONARD J.
BILLINGSLEY; TANA WALKER;
PHYLLIS ROBERTSON; MIKE
ALBANO; K. GARY GLOVER; LOU
KLAVER; J. A. WOODS; JOHN
DOES, individually,

  Defendants-Appellees.

No. 95-6373
(D.C. No. CIV-94-1778-T)
(W.D. Okla.)

ORDER AND JUDGMENT[*]

Before PORFILIO, BRIGHT,[**] and KELLY, Circuit Judges.

---

[*]    This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

[**]    Honorable Myron H. Bright, Senior Circuit Judge, United States Court of Appeals for the Eighth Circuit, sitting by designation.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal.  See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9.  The case is therefore ordered submitted without oral argument.

We affirm for substantially the reasons given by the district court.

The judgment of the United States District Court for the Western District of Oklahoma is AFFIRMED.  The mandate shall issue forthwith.

Entered for the Court


Paul J. Kelly, Jr.
Circuit Judge